CHARLES A. BUTLER                ) C/A No. 01A01-9808-CH-00428
                                 ) DAVIDSON COUNTY
        Petitioner-Appellant     ) Chancery No. 98-984-I
                                 )
        v.                       )
                                 )
TENNESSEE DEPARTMENT OF          )
CORRECTION                       )
                                 )
        Respondent-Appellee      )

FILED

June 29, 1999

Cecil Crowson, Jr.
Appellate Court Clerk

**IN THE COURT OF APPEALS AT NASHVILLE**


APPEALED FROM THE CHANCERY COURT OF DAVIDSON COUNTY

THE HONORABLE IRVIN H. KILCREASE, JR., CHANCELLOR


Charles A. Butler, Pro Se
#136479 NECX POB 5000
Mountain City, TN 37683

        For Petitioner-Appellant

Paul G. Summers
Attorney General and Reporter

Michael E. Moore
Solicitor General

Stephanie R. Reevers, BPR 10587
Senior Counsel
Civil Rights and Claims Division
425 Fifth Avenue North
Second Floor, Cordell Hull Building
Nashville, TN 37243-0488

        Attorneys for Respondent-Appellee


**AFFIRMED AND REMANDED**


                    **Houston M. Goddard, Presiding Judge**


CONCUR:

FRANKS, J.
SUSANO, J.

Plaintiff Charles A. Butler, an inmate incarcerated in the penal system of the State of Tennessee, seeks to have a parole violation detainer issued by the State of Georgia lodged with the Tennessee Department of Corrections declared invalid. As best we understand the record, the basis for Mr. Butler's assertion is that the State of Georgia failed to bring him to trial within 180 days after his request as mandated by the Interstate Compact On Detainers.

The Trial Court found, with citations of appropriate authority, that the Compact does not apply to parole violations, and for that reason dismissed Mr. Butler's suit.

Our review of the record persuades us this is an appropriate case for affirmance under Rule 10(a) of this Court.

For the foregoing reasons the judgment of the Trial Court is affirmed and the cause remanded for collection of costs below. Costs of appeal are adjudged against Mr. Butler.

_____
Houston M. Goddard, P.J.

CONCUR:


_____
Herschel P. Franks, J.


_____
Charles D. Susano, Jr., J.